395 A.2d 962

Commonwealth v. Brodzik, Appellant.

Argued September 12, 1978. Harry Brodzik, appellant, in propria persona; Ronald Williamson, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.